# UNITED STATES DISTRICT COURT
## District of Minnesota

Pedro Antonio De la O Orbe,

Petitioner(s),

v.

Pamela Bondi, Markwayne Mullin, Todd M. Lyons, David Easterwood, Warden,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1959 DWF/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents' motion to dismiss or transfer (Doc. No. [5]) is **DENIED**.
2. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is **GRANTED**.
3. The Court **DECLARES** that Petitioner's detention without an individualized bond hearing violates his rights under the Due Process Clause of the Fifth Amendment.
4. Respondents are **ORDERED** to provide Petitioner with a bond hearing before an immigration judge in Minnesota within seven (7) days of the date of this Order.
5. If Respondents do not provide Petitioner with a bond hearing as required by this Order, Petitioner must be immediately released from detention.

a. In the event that Respondents release Petitioner, they must do so: (1) in Minnesota; (2) with all personal documents and belongings, such as his driver's license, passport, other immigration documents, and cell phone;

(3) without any conditions on release, including but not limited to requiring Petitioner to sign an "Order of Release on Recognizance" or requiring Petitioner to enroll in and complete an "Alternatives to Detention" program; (4) without any tracking devices or use of a tracking application; and (5) with all clothing and outerwear he was wearing at the time of detention, or other proper attire.

b. In addition, Respondents shall provide reasonable advance notice to counsel to arrange for a safe release of Petitioner. Petitioner's counsel is Patrick Hellier who can be reached at 612-500-4327.

6. Within ten (10) days of the date of this Order, Respondents shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.
7. Respondents, or anyone acting in concert with Respondents, are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota prior to the ordered bond hearing.
8. The Clerk of Court is directed to substitute Defendant Markwayne Mullin for Defendant Kristi Noem on the docket.

Date: 4/9/2026

KATE M. FOGARTY, CLERK